# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 24, 2018

### NO. 03-18-00482-CV

**D. C. and K. C., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
### AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on June 28, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.